**Order entered September 19, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01316-CR

## ALEXANDER CARMOND, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F15-11050-Y

## ORDER

We **REINSTATE** this appeal.

The reporter's record was initially due February 25, 2017. After we granted an extension, it was due May 3, 2017. On June 9, 2017, court reporter Yolanda Atkins informed the Court that while she was responsible for the majority of the reporter's record and that portion was complete and ready to be filed, it was not clear who had reported voir dire on October 25, 2016. In June 2017, we ordered the trial court to make findings of fact regarding the voir dire portion of the reporter's record and to transmit a record, containing the written findings of fact, any supporting documentation, and any orders, to this Court. To date, we have not received any communication from the trial court.

In the interest of expediting this appeal, we **ORDER** court reporter Yolanda Atkins to file, within **TEN DAYS** of the date of this order, that portion of the reporter's record she has completed, specifically the reporter's record for October 26-28, 2016.

We **DIRECT** the Clerk to send copies of this order to the Presiding Judge, Criminal District Court No. 7; to the Honorable Mary Murphy, Administrative Judge, 1st Administrative Judicial Region; to Yolanda Atkins, deputy official court reporter of the Criminal District Court No. 7; to Vearneas Faggett, official court reporter, Criminal District Court No. 7; to Debi Harris, official court reporter, Auxiliary Court No. 8; and to counsel for all parties.

Absent a motion seeking supplementation of the reporter's record, appellant's brief is **DUE** within thirty days of the date of this order.

/s/  LANA MYERS
    JUSTICE